DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS D. RILEY, IV., M.D.,**
Appellant,

v.

**NEUROSPINE INSTITUTE LLC,** a Florida Limited Liability Company
d/b/a **SPINE AND ORTHOPEDIC CENTER,**
Appellee.

No. 4D20-942

[September 3, 2020]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Levenson, Judge; L.T. Case No. 19-0022756 CACE (09).

Bruce David Green of Bruce David Green, P.A., Fort Lauderdale, for appellant.

Brian H. Koch of Holland & Knight LLP, Fort Lauderdale; and Paul B. Ranis of Greenberg Traurig, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***